FILED

05/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0614

IN THE SUPREME COURT OF THE STATE OF MONTANA
**************************
Case No. DA 21-0614
**************************

STATE OF MONTANA,　　　　　)
　　　　　　　　　　　　　　　)
　　　Plaintiff and Appellee,　　)
　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　)
　　　　　　　　　　　　　　　)
CHRISTOPHER I. TOULOUSE,　　)
　　　　　　　　　　　　　　　)
　　　Defendant and Appellant.　)

************************************
**ORDER**
************************************

Upon consideration of Appellant's 16th Motion for Extension of Time, and

good cause appearing:

**IT IS HEREBY ORDERED** that Appellant is granted an extension of time

to and including June 22, 2023, within which to prepare, file, and serve Appellant's

opening brief on appeal.

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
May 17 2023